■ Patricia O'Reilly, Plaintiff, v City of New York et al., Defendants, FC Battery Park Associates, LLC, et al., Appellants, and Apple-Metro, Inc., Respondent. [5 NYS3d 864]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Paul Wooten, J.), entered on or about October 17, 2013, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated March 27, 2015, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Friedman, Renwick, Moskowitz and DeGrasse, JJ.

■ The People of the State of New York, Respondent, v Ben Sidibe, Appellant. [5 NYS3d 864]—

Judgment, Supreme Court, New York County (Daniel P. Conviser, J.), rendered January 10, 2012, convicting defendant, upon his pleas of guilty, of attempted gang assault in the first degree and assault in the second degree, and sentencing him to an aggregate term of six years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing.

As the People concede, defendant is entitled to resentencing pursuant to *People v Rudolph* (21 NY3d 497 [2013]) for a youthful offender determination. Concur—Tom, J.P., Friedman, Renwick, Moskowitz and DeGrasse, JJ.